# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

ERNEST GALLON,

    Plaintiff,

v.      1:06-CV-76 (WLS)

JACKIE RICHARDS, and
DEBBIE FLOYD,

    Defendants.

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed September 4, 2007. (Doc. 18). It is recommended that Defendants' Motion for Summary Judgment (Doc. 14) be granted. *Id.* No objection has been filed.[1]

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 18) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. The Court further finds that no lesser sanction than dismissal will suffice. Accordingly, Defendants' Motion for Summary Judgment (Doc. 14) is **GRANTED**.

---

[1] In the June 8, 2006 order sanctioning this matter to go forward and be served, Plaintiff was advised of his duty to advise the Court of any changes in his address. Plaintiff was further advised that "Failure to promptly advise the Clerk of any change of address may result in the dismissal of a party's pleadings filed herein." (Doc. 6).

The instant Report and Recommendation was mailed to Plaintiff's last known address by the Clerk's office on September 4, 2007. Said mail was returned to the Clerk's office as undeliverable on September 10, 2007. Plaintiff has failed to notify the Court of his change of address as required. Upon review, the Court finds that there is nothing in the record that indicates that Plaintiff has been prevented from keeping the Court advised of his current address.

1

**SO ORDERED**, this  27th  day of September, 2007.

                                                  /s/W. Louis Sands  
                                                **THE HONORABLE W. LOUIS SANDS,**  
                                                **UNITED STATES DISTRICT JUDGE**